IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA ELLENA BARTH, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security. ) <br> ) | Case No. 1:05-0006 <br> Judge Nixon <br> Magistrate Judge Brown |

### ORDER

Pending before the Court is Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 15), to which Defendant has responded (Doc. No. 16). The Court is in receipt of the Magistrate Judge's Report and Recommendation (Doc. No. 17). No objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded, and thus ADOPTS it in its entirety. Accordingly, the Court hereby GRANTS Plaintiff's Motion for Judgment on the Administrative Record. This Court hereby REVERSES and REMANDS the cause to the Commissioner for further administrative proceedings, to include supplementation of the record, rehearing, and the issuance of a new decision. This Order terminates this Court's jurisdiction over the above-styled action, and the case is dismissed.

It is so ORDERED.

Entered this the _5_ day of October, 2005

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT